IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS HENRY LOPEZ,<br><br>Defendant. | Case No. 1:24-CR-00225-KES-BAM<br><br>**FINDINGS AND ORDER**<br><br>Proposed Date: February 26, 2025<br>Time: 1:00 p.m.<br>Courtroom: 8, 6th Floor<br>Judge: Hon. Barbara McAuliffe |

The Court has reviewed and considered the Stipulation filed by the parties on January 16, 2025, and also reviewed the record of this case. For the reasons stated in the Stipulation the Court finds good cause for continuing the case. The status conference scheduled for January 22, 2025, is continued to **February 26, 2025 at 1:00 p.m. before Magistrate Judge Barbara A McAuliffe**. The Court also finds that the time between January 22, 2025, and February 26, 2025, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) shall be excluded from Speedy Trial Act time calculations.

IT IS SO ORDERED.

Dated:   **January 16, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE