ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00225-KES-EPG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| THOMAS HENRY LOPEZ, | PROPOSED DATE: June 10, 2026 TIME: 1:00 p.m. COURT: Hon. Erica P. Grosjean |
| Defendant. | |

This case is scheduled for a status conference on May 13, 2026, before United States Magistrate Judge Erica P. Grosjean.  The case is also scheduled for a trial beginning November 17, 2026, and the parties have agreed to exclude time under the Speedy Trial Act through November 17, 2026, so that the defendant has sufficient time to continue preparing for trial and for the parties to attempt to resolve the case by way of written agreement.  The parties have been communicating about the case, including issues related to discovery and possible resolution, in the time since the current status conference was scheduled.  They do not believe that any material issues need to be addressed with the court's assistance at this time.  Accordingly, they wish to conserve the resources of the court and the U.S. Marshal Service as well as their own time by continuing the status conference to June 10, 2026.

The parties therefore agree, and request that the Court find the following:

a)    The defense requests additional time for defense preparation and investigation. The government does not object to the continuance and joins in the request because its investigation has been continuing, and it involves conduct in at least one additional state and

1

judicial district.  The parties believe there is a good reason to continue discussions about resolving the case without a trial, and they do not believe the court can aid in resolving any material disputes in the next week.

b)    Based on the above-stated findings, the ends of justice would be served by continuing the case as requested until June 10, 2026.

c)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of arraignment through November 17, 2026, inclusive, has already been deemed excludable under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from continuances granted by the court at the request of the parties on the basis of the court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.    Nothing in this stipulation and order shall preclude a finding of other good cause to continue the status conference from May 12, 2026, to June 10, 2026.

IT IS SO STIPULATED.

Dated:  May 6, 2026                                      ERIC GRANT
                                                        United States Attorney

                                                        /s/ David Gappa
                                                        DAVID L. GAPPA
                                                        Assistant United States Attorney


Dated:  May 6, 2026                                      /s/ PETER JONES
                                                        PETER JONES
                                                        COUNSEL FOR
                                                        THOMAS HENRY LOPEZ

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

THOMAS HENRY LOPEZ,

                    Defendant.

CASE NO.  1:24-CR-00225-KES-EPG

FINDINGS AND ORDER

PROPOSED DATE: June 10, 2026
TIME: 1:00 p.m.
COURT: Hon. Erica P. Grosjean

**FINDINGS AND ORDER**

       IT IS SO ORDERED that the status conference is continued from May 13, 2026, to **June 10, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time will continue to be excluded through November 17, 2026, under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) for the reasons previously found.

IT IS SO ORDERED.

   Dated:   **May 7, 2026**                    /s/ *Erica P. Grosjean*
                                           UNITED STATES MAGISTRATE JUDGE

3