**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for: **Defendant, THOMAS HENRY LOPEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff(s),**<br>**v.**<br>**THOMAS HENRY LOPEZ**<br>**Defendant(s).** | **Case No.: 1:24-CR-00225-KES-BAM**<br>**ORDER GRANTING REQUEST TO REDACT SENTENCING MEMORANDUM**<br>**Judge: Hon. Kirk E. Sherriff**<br>**Courtroom: 6** |

The Court has considered Defendant's Notice of Request to File Defendant's Sentencing Memorandum Under Seal, or in the Alternative, to Redact ("Notice of Request"). The court has also considered the government's opposition; the government opposes the request to seal but not the alternative request to redact. Doc. 47. Defense counsel subsequently indicated, in an email to the court's courtroom deputy and counsel for the government, that defendant was withdrawing his request to seal but maintaining the request to file a redacted version of the sentencing memorandum and attached exhibits. The court finds compelling reasons for the proposed limited redactions to defendant's sentencing memorandum and certain attached exhibits. Therefore, defendant's request to redact is GRANTED.

Defendant shall file the redacted version of his sentencing memorandum and attached exhibits on the record.

Defendant's Notice of Request, and the unredacted version of defendant's sentencing memorandum and attached exhibits shall be filed under seal. The unredacted version of the sentencing memorandum shall remain under seal and shall not be disclosed other than to the parties in this case, the probation office, and the court.

IT IS SO ORDERED.

Dated: October 12, 2026

UNITED STATES DISTRICT JUDGE