**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for: Defendant THOMAS HENRY LOPEZ

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS HENRY LOPEZ,<br><br>Defendant. | Case No. 1:24-CR-00225-KES-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD AND ORDER** |

On September 12, 2024, Defendant Thomas Henry Lopez, was indicted on federal charges. CJA Panel Attorney Peter M. Jones was appointed as trial counsel to represent Mr. Lopez on September 25, 2024, in his criminal case. Mr. Lopez entered a plea of guilty to all four counts of the Indictment, on July 13, 2026, without a plea agreement with the Government. He was sentenced on October 13, 2026. The Final Judgment was entered on October 19, 2026. Mr. Lopez was in custody at sentencing. The trial phase of Mr. Lopez' criminal case has, therefore, come to an end. Having completed his representation of Mr. Lopez, CJA attorney, Peter M. Jones now moves to terminate this appointment under the Criminal Justice Act.

Should Mr. Lopez require further legal assistance, he has been advise to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 300,

///

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Respectfully submitted,

Dated: November 13, 2026

WANGER JONES HELSLEY PC

By: */s/ Peter M. Jones*
Peter M. Jones
Attorney for Defendant
THOMAS HENRY LOPEZ

**ORDER**

Having reviewed the Notice and found that attorney Peter M. Jones has completed the services for which he was appointed, the court hereby grants attorney Peter M. Jones's request for leave to withdraw as defense counsel in this matter. Should defendant seek further legal assistance, defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist defendant.

The Clerk of the Court is directed to serve a copy of this Order on defendant Thomas Henry Lopez at the following address and to update the docket to reflect defendant's pro se status and contact information: Thomas Henry Lopez, 12225-506 (B2, #43), Taft, CCF, P.O. Box 925, Taft, CA 93268-0006.

IT IS SO ORDERED.

Dated: November 13, 2026

UNITED STATES DISTRICT JUDGE